# DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. CROIX

JOHN G. MENSCH,

                Plaintiff,

v.

HOVENSA, L.L.C., UNITED STEELWORKERS AFL/CIO on behalf of Local Union 8526, and UNITED STEELWORKERS,

                Defendants.

2005-CV-0127

TO:    Lee J. Rohn, Esq.
         C. Beth Moss, Esq.
         Michael J. Sanford, Esq.

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL

THIS MATTER came before the Court for consideration upon the parties' Joint Stipulation Regarding Plaintiff's Motion to Compel Defendant to Produce Information (Docket No. 45).

Having reviewed the joint stipulation and upon due consideration thereof, the Court finds that Plaintiff's request is overly broad in scope and duplicative insofar as Defendant HOVENSA, L.L.C., represented that it would provide relevant salary information in

*Mensch v. HOVENSA, L.L.C.*
2005-CV-0127
Order Denying Plaintiff's Motion to Compel
Page 2

response to Plaintiff's interrogatories and the record reflects that said Defendant has served its interrogatory responses upon Plaintiff.

Accordingly, it is now hereby **ORDERED** that Plaintiff's Motion to Compel Defendant to Produce Information (Docket No. 45) is **DENIED**.

ENTER:

Dated: May 21, 2008                              /s/
                                        GEORGE W. CANNON, JR.
                                        U.S. MAGISTRATE JUDGE