IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | | |
|---|---|---|
| JOHN G. MENSCH, | ) | |
|        Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 2005/127 |
| | ) | |
| HOVENSA, L.L.C. and UNITED STEELWORKERS OF AMERICA, AFL-CIO on behalf of Local Union 8526, | ) ) ) | Action for Discrimination |
| | ) | |
|        Defendants. | ) | |
| | ) | |

## OPPOSITION TO MOTION TO EXTEND DISCOVERY DEADLINES NUNC PRO TUNC

The Steelworker Defendants object to the Plaintiff's motion to extend the fact discovery deadlines. This case was filed in August 2005. While Plaintiff's motion notes that current counsel did not file the case, it fails to note that Plaintiff's current counsel has been handling this matter since May 2007, or more than a year and a half. When new counsel took over the case they assessed what needed to be done and the discovery needs of this case and sought a stipulation from the defendants to the extension of the discovery deadlines. This stipulation was entered as an order of the Court on June 1, 2007 (ECF docket sheet entry #33, attached as **Exhibit 1**). In January 2008 the Plaintiff again sought and received a stipulation from defendants to extend the discovery deadlines. This stipulation was adopted in part by the court by order dated January 18, 2008 (including the fact discovery deadline, see ECF docket sheet entry #50). After that, Plaintiff amended the complaint to add the USW International union as a defendant and the fact discovery deadline was extended to where it stands now, December 31, 2008 (ECF Docket sheet entry #74).

The record clearly shows that despite the suggestion made in Plaintiff's motion, Plaintiff's current counsel is not new to this litigation. The record further shows that several extensions of the discovery deadlines have taken place since current counsel has been aboard. Plaintiff does not claim that the need for further discovery was recently discovered. In short, Plaintiff has failed to set for the any reasonable justification to support the requested extension of discovery deadlines.

Additionally, the Steelworker Defendants were waiting for the close of fact discovery to file their summary judgment motion. That deadline expired on December 31, 2008 and the Steelworkers will soon be filing that motion. The Steelworkers will be prejudiced by the further extension of the fact witness deadlines because they will have to further delay filing their summary judgment motion. This will require them to incur additional fees and costs in a case they have no business being part of. This matter has been pending for five years now.

WHEREFORE, it is respectfully requested that the Plaintiff's motion to extend the fact discovery deadlines be denied. A proposed Order is attached for the Court's convenience.

Respectfully submitted,

SANFORD, AMERLING & ASSOCIATES
2191 Church Street
Christiansted, VI 00820-4601
TEL. (340) 773-3681  FAX (340) 778-8104

DATED: February 3, 2009     By: _____
                                 Michael J. Sanford
                                 Attorney for USWA

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 3rd day of Febuary, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Mary Faith Carpenter
**Law Offices of Rohn & Carpenter**
1101 King Street, Suite 2
Christiansted, VI 00820
lee@rohnlaw.com


Linda Blair
**Bryant, Barnes, Beckstedt, & Blair**
1134 King St., 2nd Floor
Christiansted, VI 00820
lblair@bryantbarnes.com

 

                                        s/ Michael J. Sanford
                                        Michael J. Sanford, Esq.
                                        Attorney for United Steelworkers of
                                        America and United Steelworkers,
                                        Local 8526
                                        2191 Church Street
                                        Christiansted, VI 00820-4601
                                        Phone: 340-773-3681
                                        Fax:    340-778-8104
                                        mike@saastx.vi